UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM CRUZ, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-435 |
| v. | : | (JUDGE MANNION) |
| FEDERAL COURT, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Cruz's amended complaint, **(Doc. 17)**, is **DISMISSED IN ITS ENTIRETY**, **WITH PREJUDICE**, pursuant to 28 U.S.C. §1915(e)(2)(B), based on the reasons detailed in the court's Memorandum.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 29, 2021**
20-435-01-ORDER